In re Smith, Herman; —Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. E, Nos. 07-3494, 07-4064, 07-4598; to the Court of Appeal, Fifth Circuit, No. 2010-KH-88.
Denied. As to relator’s motion for production of documents seeking the district attorney’s file, relator must first address his request to the records’ custodians. R.S. 44:31; State ex rel. Shelton v. State, 00-1901 (La.9/14/01), 796 So.2d 672; State ex rel. McKnight v. State, 98-2258 (La.App. 1 Cir. 12/3/98), 742 So.2d 894.
GUIDRY, J., recused.